CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 07 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WALTER THOMAS TAYLOR, | ) | CASE NO. 7:17CV00184 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| WESTERN VA REGIONAL JAIL, ET AL., | ) | By: Glen E. Conrad |
| | ) | United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this action is **DISMISSED** without prejudice for failure to prosecute, see Fed. R. Civ. P. 41(b); the defendants' motion (ECF No. 19) is **DISMISSED** without prejudice; and the clerk will **STRIKE** the case from the active docket of the court.

ENTER: This 7th day of November, 2017.

_____
United States District Judge